Daniel Woodcock, Respondent, v. Arthur J. Taylor, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Thomas J. Buckley Engineering Company, Appellant, v. Edward E. McCall and Others, as Public Service Commissioners of the First District, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Clayton P. Bennett, Respondent, v. Monarch Road Roller Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Elmer M. Kimbark, Respondent, v. Waldemar Company and Others, Impleaded with James C. Nichols, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Rose Theatre Company, Respondent, v. Rosella Corn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinon. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

George Hughes, Respondent, v. The York Publishing Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Morris S. Thompson and Another v. Elizabeth Atkinson.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Allwin Realty Company v. Mary G. Barth. - Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Katie White v. Alexander Jacobs.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Israel Rosengart v. August H. Gutkes.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.